# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

DEAN CERO, )
               Plaintiff, )
vs. )
MICHAEL J. ASTRUE, )
               Defendant. )

2:09-CV-02086-PMP-LRL

**ORDER**

    Before the Court for consideration is the Report and Recommendation (Doc. #17) of the Honorable Lawrence R. Leavitt, United States Magistrate Judge entered November 1, 2010. No objections have been filed. The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 1-4 and determines that Magistrate Judge Leavitt's Recommendation should be Affirmed.

    **IT IS THEREFORE ORDERED that** Plaintiff Dean Cero's Motion for Reversal and/or Remand (Doc. #11) is **DENIED**.

    **IT IS FURTHER ORDERED that** Defendant's Cross-Motion for Summary Judgment (Doc. #16) is **GRANTED** and this action is hereby DISMISSED.

DATED: November 22, 2010.

_____
PHILIP M. PRO
United States District Judge